# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 8, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149458

IN THE MATTER OF

HONORABLE DENNIS N. POWERS        SC: 149458
52-1 DISTRICT COURT        JTC Formal Complaint 94

BEFORE THE JUDICIAL TENURE COMMISSION
_____/

On order of the Court, the request of the Judicial Tenure Commission for appointment of a master is considered, and the Honorable Michael F. Sapala is appointed Master to hear Formal Complaint No. 94. To expedite the resolution of this matter, we ORDER the Master to conduct all hearings and issue his report within three months of the date of this order. The Master may petition this Court for additional time if required. The JTC's recommendation of action, if any, shall be submitted to this Court no more than two months from the date of the Master's report. The JTC may petition the Court for additional time not to exceed one month to present its recommendation. See MCR 9.207(F).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 8, 2014



Clerk